JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN L. MENDEZ,<br><br>            Plaintiff,<br><br>   vs.<br><br>MY EX EMPLOYER, et al.,<br><br>            Defendants. | Case No. CV 11-4748-JFW (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Summarily Dismissing Action,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: March 5, 2012

_____   JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

1